**IT IS ORDERED as set forth below:**



**Date: July 9, 2013**

_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 12-64243-PWB |
| | : | CHAPTER: 13 |
| KARL WILLIAMS, | : | |
|    Debtor. | : | |
| ……………………………………….. | : | ………………………………………… |
| | : | |
| KARL WILLIAMS | : | |
| | : | |
|    Movant, | : | CONTESTED MATTER |
| vs. | : | |
| | : | |
| THE BANK OF NEW YORK MELLON | : | |
| FKA THE BANK OF NEW YORK, AS | : | |
| TRUSTEE FOR THE | : | |
| CERTIFICATEHOLDERS OF THE | : | |
| CWALT, INC., ALTERNATIVE LOAN | : | |
| TRUST2007-18CB MORTGAGE PASS- | : | |
| THROUGH CERTIFICATES, SERIES | : | |
| 2007-18CB | : | |
| | : | |
|    Respondent. | : | |

### CONSENT ORDER GRANTING DEBTORS MOTION TO VALUE COLLATERAL AND MODIFY RIGHTS OF BANK OF AMERICA PURSUANT TO 11 U.S.C. § 506(a) AND § 1322

The above matter came before the court on February 13, 2013 on Debtor's Motion to Value

Collateral and Modify Rights of Bank of America pursuant to 11 U.S.C. § 506(a) and § 1322 (the "Motion") Docket No. 24.

Debtor seeks a determination that the first priority lien held by THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST2007-18CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18CB ("Respondent") on Debtor's investment property located at 3416 SNAPFINGER RD., LITHONIA, GA 30038 is bifurcated based on the Property's fair market value. Respondent filed an Objection to the Debtor's Motion (Docket No. 25). The parties have conferred and reached an agreement; therefore, it is hereby

**ORDERED** that Debtors' Motion is *granted* as provided herein; it is

**FURTHER ORDERED** that, for purposes of this Chapter 13 case of Debtor, Respondent's Claim No. 8 on the Court's Register shall be allowed and treated as secured value to the extent of $69,120.00 and paid through the Debtor's Chapter 13 Plan at 5.25% interest with the total secured value to be paid in full not later than sixty (60) months from the date of filing of this Chapter 13 case. This claim shall be paid through Debtor's Chapter 13 Plan, with monthly distributions being made directly to Respondent by the Chapter 13 Trustee. The remaining balance on Respondent's lien, shall be treated as a general unsecured claim under Debtor's Chapter 13 Plan, in the same manner as other unsecured claims. The terms and conditions of this Consent Order, specifically the allowed secured amount and interest rate provided herein, shall control over any prior treatment, valuation and/or interest rate provided for by Debtor in a previous Plan or Amended Plan. It is further

**ORDERED** that, effective upon entry of this Order, Debtor shall timely maintain payment of property taxes and insurance, including premium monthly insurance, if applicable; so that Debtor's failure to maintain payment of taxes and insurance on the Property will constitute cause for Respondent to seek relief from the automatic stay, as well as any fees and costs associated with the prosecution of

such a motion, and that the terms of the bifurcation of the Lien, as delineated herein, shall be void and the Lien held by Respondent shall be unaffected by said terms upon the granting of such relief. Finally, it is further

**ORDERED** that, effective upon entry of discharge in the Debtor's Chapter 13 case, the Lien of Respondent evidenced by a security deed recorded in the Superior Court of DeKalb County at in Deed Book 20126, Page 767, shall be marked satisfied without further Order of this Court. In the event the Debtor's case is dismissed, converted to Chapter 7, or stay relief is granted pursuant to a Motion for Relief based on default in the terms set further herein, the Lien of Respondent shall not be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

**END OF DOCUMENT**

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor


Consented to by:

   /s/ Kerry Hand with express permission
Kerry Hand, Esq.
Attorney for Debtor
GA State Bar No. 322831
Suarino Law, PC
1770 Indian Trail-Lilburn Road, Suite 140
Norcross, GA 30093
678-597-1388
attorney@suarinolaw.com


*(Signatures continue)*

No Opposition to by:

__/s/ Brandi L. Kirkland with express permission__
Brandi L. Kirkland
Chapter 13 Trustee
GA State Bar No. 423627
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303
(404) 525-1110
orders@atlch13tt.com

## DISTRIBUTION LIST

Karl Williams
2956 Snapfinger Road
Lithonia, GA 30038

Stephen F. Suarino, Esq.
Suarino Law, PC
1770 Indian Trail-Lilburn Road, Suite 140
Norcross, GA 30093

Mary Ida Townson, Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303

Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092