

**IT IS ORDERED as set forth below:**

**Date: April 9, 2014**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| KARL WILLIAMS, | ) | CASE NO. 12-64243-PWB |
| | ) | |
| Debtor. | ) | JUDGE BONAPFEL |

### CONSENT ORDER GRANTING CHAPTER 13 TRUSTEE'S MOTION
### FOR DETERMINATION OF CLAIM STATUS

The above matter was set down for hearing on January 29, 2014 and later reset for hearing on April 2, 2014 on the "Chapter 13 Trustee's Motion for Determination of Claim Status" (Doc. No. 84) (the "**Motion**").  Mary Ida Townson, Standing Chapter 13 Trustee (the "**Trustee**"), seeks to determine whether the claim of Green Tree Servicing, LLC (Claim No. 8 on the Claim's Register) ("**Claim 8**") is a duplicate of the claim of The Bank of New York Mellon (Claim No. 9 on the Claim's Register) ("**Claim 9**") (collectively, the "**Claims**") as both Claims allege a security interest in real property located at 2956 Snapfinger Road, Decatur, Georgia.

Bank of America, N.A. originally filed Claim 8 on September 12, 2012 for the loan ending in 1258.  As evidenced by the Security Deed, recorded in deed book 17520 page 27 of the Superior Court of DeKalb County, attached to Claim 8, Claim 8 is secured by real property located at 2956 Snapfinger Road, Decatur, Georgia 30034, or as referenced on the legal description as Land Lot 95, 15th District, DeKalb County, Georgia, **Being Tract 2** (emphasis added).  Claim 8 transferred to Green Tree Servicing, LLC on June 27, 2013.  The Chapter 13

Plan (Doc. No. 76) (the "**Plan**") references Claim 8 as 2946 Snapfinger Road, Lithonia, GA 30038 and proposes to pay Claim 8 in accordance with the previously entered order bifurcating the secured claim (Doc. No 70). The Plan proposes to pay Claim 8 the secured portion of the claim a value of $20,700 at 5.25% interest with adequate protection payments of $100 and monthly payments of $393.01 and the remainder of the claim to be paid as an unsecured claim under the Plan.

The Bank of New York Mellon originally filed Claim 9 on September 27, 2012 for the loan ending in 7995. As evidenced by the Security Deed, recorded in deed book 20126 page 751 of the Superior Court of DeKalb County, attached to Claim 9, Claim 9 is secured by real property located at 2956 Snapfinger Road, Decatur, Georgia 30034, or as referenced on the legal description as Land Lot 95, 15th District, DeKalb County, Georgia, **Being Tract 1** (emphasis added). The Plan references Claim 9 as 2956 Snapfinger Road, Lithonia, GA 30038 and proposes to pay the arrearage claim of Claim 9 by monthly payments of $265.25.

Prior to hearing, the parties conferred and reached an agreement; therefore, it is hereby

**ORDERED** that the Chapter 13 Trustee's Motion is *granted* as provided herein; it is

**FURTHER ORDERED** that, for purposes of Debtor's Plan, Claim 8 shall be treated as secured up to $20,700.00 and paid through Debtor's Chapter 13 Plan at 5.25% interest with the total secured value to be paid in full not later than sixty (60) months from the date of confirmation of Debtor's Chapter 13 plan. The remaining balance on Respondent's lien shall be treated as a general unsecured claim under Debtor's Chapter 13 Plan; and it is

**FURTHER ORDERED** that, for the purposes of Debtor's Plan, the arrearage claim of Claim 9 shall be paid through Debtor's Chapter 13 Plan with post-petition mortgage payments made directly by Debtor.

**END OF DOCUMENT**

Prepared and Presented By:

*/s/ Kimberly D. Rayborn*
Kimberly D. Rayborn
Attorney for Bank of America, N.A.
GA Bar No. 570730
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076
678-281-6528
kdr@mccallaraymer.com

No Opposition by:

*/s/ Kerry Hand*
Kerry Hand With Express Permission by Kimberly D. Rayborn
Attorney for Debtor
GA Bar No. 322831
Suarino Law, P.C.
1770 Indian Trail Road, #140
Norcross, GA 30093
678-597-1388
kerry@suarinolaw.com

Consented to by:

*/s/ Albert C. Guthrie*
Albert C. Guthrie With Express Permission by Kimberly D. Rayborn
Staff Attorney for Chapter 13 Trustee
GA Bar No. 142399
Mary Ida Townson, 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303
404-525-1110
brandik@atlch13tt.com

**DISTRIBUTION LIST**

Karl Williams
2956 Snapfinger Road
Lithonia, GA 30038

Bank of America, N.A.
c/o McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076

Mary Ida Townson, 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303

Kerry Hand
Suarino Law, P.C.
1770 Indian Trail Road, #140
Norcross, GA 30093