UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

Atlanta Division

In Re: Debtor(s)
**Karl Williams**
2956 Snapfinger Road
Lithonia, GA 30038

xxx–xx–5556

Case No.: **12–64243–pwb**
Chapter: **13**
Judge: **Paul W. Bonapfel**

# ORDER APPROVING MODIFICATION OF PLAN

    A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

    ORDERED that the modification is APPROVED.

    The Clerk is directed to serve a copy of this Order on Debtor, Debtor's counsel (if any), the Chapter 13 Trustee and all creditors and other parties in interest.

Dated:   July 2, 2014

_____
Paul W. Bonapfel
United States Bankruptcy Judge

Form 133a